IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY MURPHY,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 12-3768 |
| | : | |
| **THE RECEIVABLE MANAGEMENT** | : | |
| **SERVICES CORPORATION,** | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this   7th   day of May 2013, upon consideration of Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 8) and Defendant's Response thereto (Doc. Nos. 9 & 10), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Plaintiff is awarded One Thousand Six Hundred Fifty dollars and 70/100 cents ($1,650.70) in attorney's fees and Three Hundred Fifty dollars and 00/100 cents ($350.00) in costs.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.